Herbert PATE et al., Plaintiffs,

v.

DADE COUNTY SCHOOL BOARD et al., Defendants-Appellees,

v.

Alice LOVE, Carswell Washington et al., Intervenors-Appellants,

Dade County Classroom Teachers' Association, Inc., Intervenor-Appellant.

No. 71-2338.

United States Court of Appeals, Fifth Circuit.

Sept. 3, 1971.

Richard Yale Feder, Irma Robbins Feder, Tobias Simon, James Matthews, Miami, Fla., for appellants.

George C. Bolles, Miami, Fla., Charles E. Minor, Tallahassee, Fla., Fred Davant, Miami, Fla., for appellees.

Before JOHN R. BROWN, Chief Judge, and MORGAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]